```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 20797
     LINWOOD BOLTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

              Debtor
     SSN XXX-XX-3540


--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/24/2005 and was confirmed 07/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/03/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED         14400.00       2907.99       3768.45
NUVELL CREDIT CO LLC       UNSECURED        2123.34           .00           .00
TALK AMERICA               UNSECURED       NOT FILED          .00           .00
ALL FINANCIAL SERVICES     UNSECURED       NOT FILED          .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED         293.00           .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED       NOT FILED          .00           .00
AMERICASH LOANS LLC        UNSECURED         297.43           .00           .00
AMERITECH                  UNSECURED       NOT FILED          .00           .00
CAPITAL ONE                UNSECURED         464.02           .00           .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED          .00           .00
CHECK INTO CASH            UNSECURED       NOT FILED          .00           .00
CHICAGO FIRST CREDIT UNI   UNSECURED       NOT FILED          .00           .00
COMCAST                    UNSECURED       NOT FILED          .00           .00
CREDIT MANAGEMENT SERVIC   UNSECURED       NOT FILED          .00           .00
GATEWAY CHEVROLET OLDS     NOTICE ONLY    NOT FILED          .00           .00
TRANSWORLD SYSTEMS         NOTICE ONLY    NOT FILED          .00           .00
FIRST CONSUMERS            UNSECURED       NOT FILED          .00           .00
GENESIS FINANCIAL          NOTICE ONLY    NOT FILED          .00           .00
PREMIER BANCARD CHARTER    UNSECURED         416.87           .00           .00
JC CHRISTENSEN & ASSOC     NOTICE ONLY    NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED         775.75           .00           .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00           .00
MIDLAND FINANCE COMPANY    UNSECURED       NOT FILED          .00           .00
ONE IRON VENTURES INC      UNSECURED       NOT FILED          .00           .00
ONE IRON VENTURES INC      UNSECURED       NOT FILED          .00           .00
PAYDAY LOAN                UNSECURED       NOT FILED          .00           .00
CPS                        UNSECURED         627.47           .00           .00
CONSUMER PORTFOLIO         NOTICE ONLY    NOT FILED          .00           .00
PLAZA FINANCE              UNSECURED         155.00           .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED          .00           .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED          .00           .00
RISK MANAGEMENT            NOTICE ONLY    NOT FILED          .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 20797 LINWOOD BOLTON
```

```
SPRINT                      UNSECURED       NOT FILED              .00              .00
CALVARY PORTFOLIO SERVIC    NOTICE ONLY     NOT FILED              .00              .00
VERIZON WIRELESS            UNSECURED       NOT FILED              .00              .00
DIVERSIFIED CONSULTANTS     NOTICE ONLY     NOT FILED              .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     1,405.20                          1,405.20
TOM VAUGHN                  TRUSTEE                                             438.36
DEBTOR REFUND               REFUND                                                 .00
```

Summary of Receipts and Disbursements:

```
                            RECEIPTS           DISBURSEMENTS

TRUSTEE                     8,520.00

PRIORITY                                            .00
SECURED                                         3,768.45
    INTEREST                                    2,907.99
UNSECURED                                           .00
ADMINISTRATIVE                                  1,405.20
TRUSTEE COMPENSATION                              438.36
DEBTOR REFUND                                       .00
                          ---------------    ---------------
TOTALS                      8,520.00            8,520.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 01/23/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```